■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER GARRETT, Appellant.— Order dated June 28, 1957, denying defendant's motion

in the nature of a writ of error *coram nobis*, unanimously affirmed, without costs. The record in the principal proceeding does not establish a violation of the right to counsel. There was no abuse of discretion in refusing an adjournment. Concur — Botein, P. J., Breitel, McNally, Stevens and Bergan, JJ.